Patricia PRYOR, Petitioner,

v.

RAILROAD RETIREMENT
BOARD, Respondent.

No. 00–71602.
RRB No. 00–AP–0062.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 5, 2001 *.

Decided Nov. 14, 2001.

Before KLEINFELD, McKEOWN, and
FISHER, Circuit Judges.

MEMORANDUM **

Patricia Pryor petitions pro se for review of a decision of the Railroad Retirement Board ("Board") dismissing as untimely her appeal of a decision of the Railroad Retirement Board's Bureau of Hearings and Appeals. Because the Board's dismissal of Pryor's appeal was not a final decision on the merits as contemplated by 45 U.S.C. § 355(f), we do not have jurisdiction to review the Board's decision. *See Rivera v. R.R. Ret. Bd.*, 262 F.3d 1005, 1008–09 (9th Cir.2001).

PETITION DISMISSED.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.